WHITE v. BATTLEGROUND VETERINARY HOSP.

No. 374P83.

Case below: 62 N.C. App. 720.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 September 1983.